# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

GORDON D. CHRISTOFFERSEN, Individually
and on Behalf of All Others Similarly Situated,

            Plaintiff,

    v.

V. MARCHESE, INC.,

            Defendant.

Case No.: 19-cv-1481-NJ

Hon. Nancy Joseph

---

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

NOW COMES Plaintiff Gordon Christoffersen ("Christoffersen"), by his attorneys and Class Counsel, Ben J. Slatky and Jesse Fruchter of Ademi LLP, and Defendant V. Marchese, Inc. ("V. Marchese" or "Defendant"), by its attorney, Joel Aziere and Mathew J. Flanary and Buelow Vetter Buikema Olson & Vliet, LLC, and for their Joint Motion for Preliminary Approval of Class Action Settlement state as follows:

1.     This action was brought by Christoffersen on his behalf and on behalf of all other persons similarly situated to Christoffersen. Plaintiff's Complaint alleges that V. Marchese failed to provide Christoffersen and other of its former employees notice of the right to continued coverage under its group health plan following a qualifying event as required by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§ 1001-1461, as modified by the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA"), 29 U.S.C. §§ 1161-1167. Christoffersen further alleges that this failure to provide this notice caused him to delay or forego medical services.

3. Christoffersen has moved the Court to certify a class of similarly situated individuals, and sought to have the Court appoint Christoffersen as the Class Representative and Ademi LLP as Class Counsel. The parties subsequently stipulated to the certification of a settlement class.

4. Defendant has denied, and continues to deny, liability to Christoffersen or any putative class for the claims alleged herein, but considers it desirable that the action and the claims alleged therein be settled.

5. The parties desire to settle the action based upon the terms and conditions set forth in the Class Action Settlement Agreement executed by the parties, attached hereto as Exhibit A.

6. For the purposes of settlement only, the parties have stipulated to the certification of the following class (the "Class"):

(a) All employees of V. Marchese, Inc., (b) whose employment was voluntarily or involuntarily terminated from January 1, 2014 through September 15, 2019, (c) who may have been covered by a group health plan provided by V. Marchese, Inc. at the time of termination of employment from V. Marchese, Inc., and (d) all beneficiaries who may have been covered under such health plan by or through a participant's employment with V. Marchese.

The Class includes approximately 260 former employees of V. Marchese, according to Defendant's records, and their beneficiaries. The proposed Class satisfies the numerosity requirement of Fed. R. Civ. P. 23(a)(1).

7. Solely for the purposes of settlement, this motion for preliminary approval thereof, and to effectuate the proposed settlement, Defendant does not dispute that a class should be certified for settlement purposes only.

9. Class Counsel and Defendant have reviewed and analyzed the legal and factual issues presented in this action, the risks and expense involved in pursuing the litigation to conclusion, the likelihood of recovering damages in excess of those obtained through this

settlement, the protracted nature of the litigation and/or trial, costs and possible outcome of one or more procedural and substantive appeals. Based on their review and analysis, and after arms-length negotiations, Christoffersen, on behalf of himself and the putative Class, and Defendant entered into the Class Action Settlement Agreement.

10.  Pursuant to the Class Action Settlement Agreement, Christoffersen and Defendant have agreed as follows:

(a)  <u>Relief to Plaintiff</u> – Christoffersen shall receive $15,000.00 for settlement of his individual claim for statutory and actual damages, and as an incentive award for serving as class representative.

(b)  <u>Relief to Class</u> – V. Marchese agrees to pay seventy-five thousand dollars ($75,000.00) into a Settlement Fund which will be used for administration of the settlement and shared amongst the 260 members of the Class as follows:

i.  <u>Payments to Class Members</u>.

(a)  Five hundred dollars ($500.00) to each class member whose employment terminated with V. Marchese between December 1, 2018 and September 15, 2019. V. Marchese's records indicate that there are approximately twenty-one (21) such persons.;

(b)  Up to two hundred fifty ($250.00) to each class member whose employment with V. Marchese terminated between January 1, 2014 and November 30, 2018, who submits a notice certifying that they were covered by the group health plan provided by V. Marchese at the time of their termination; and

3

(c)     Fifty dollars ($50.00) to all other class members who was employed with V. Marchese and who does not timely submit notice of exclusion from the Class.

ii.     Administration of the Settlement. Defendant may pay the internal or third-party costs of notice and administration of the settlement from the Settlement Fund. Class members shall have forty five (45) days to exclude themselves from the class ("opt-out"); object to the proposed settlement; or return a claim form.

(c)     Attorneys' Fees and Costs of Litigation. Subject to Court approval, Class Counsel shall receive payment from Defendant in an amount not to exceed seventy-five thousand dollars ($75,000.00). Defendants will not oppose said request so long as all other provisions of the Agreement are approved; and

11.     The Class Representative and Class Counsel believe that the settlement of this action on the terms and conditions set forth in the Class Action Settlement Agreement is fair, reasonable and adequate, and would be in the best interests of the Class.

WHEREFORE, Class Counsel and Defendant respectfully request that this Court enter an Order in the form of Exhibit B to this motion (the "Preliminary Approval Order), which:

(i)     Grants preliminary approval of the proposed settlement;

(ii)     Directs the mailing of notice in the form of Exhibit C to this motion subject to any modification deemed necessary by the Court;

(iii).     Appoints Gordon Christoffersen as Class Representative of the Class;

(iv).     Appoints Ben J. Slatky and Jesse Fruchter, and Ademi LLP as Class Counsel;

(v).     Sets dates for class members to opt-out or to object or return a claim form;

(vi).     Sets a time frame for Defendant to mail class notice; and

4

(vii).    Schedules a hearing for final approval, which will include consideration of an Order granting final approval of this Class Action Settlement (the "Final Order"), a proposed copy of which is attached hereto as <u>Exhibit D</u>.

**ADEMI LLP**

<u>Ben J. Slatky</u>
Ben J. Slatky (SBN 1106892)
Mark A. Eldridge (SBN 1089944)
Jesse Fruchter (SBN 1097673)
3620 East Layton Avenue
Cudahy, WI 53110
Phone No.: (414) 482-8000
Fax No.: (414) 482-8001
E-mail: bslatky@ademilaw.com
*Attorneys for Plaintiff*

**BUELOW VETTER BUIKEMA OLSON & VLIET, LLC**

<u>/s/ Matthew J. Flanary</u>
Joel Aziere (SBN. 1030823)
Matthew J. Flanary (SBN 1019587)
20855 Watertown Road, Suite 200 Waukesha, WI 53186
Phone No.: (262) 364-0250
Fax No.: (262) 364-0270
E-mail: jaziere@buelowvetter.com
*Attorneys for Defendant*

5