UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| **GORDON D. CHRISTOFFERSEN,** Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> **V. MARCHESE, INC.,** <br><br> Defendant. | Case No.: **19-cv-1481** <br><br> **JUDGMENT IN A CIVIL CASE** |

This action came on for consideration and a decision has been rendered:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. In accordance with Fed. R. Civ. P. 23, the class in this matter is defined as:

    i. All employees of V. Marchese, Inc., whose employment was voluntarily or involuntarily terminated from January 1, 2014 through September 15, 2019, who may have been covered by a group health plan provided by V. Marchese, Inc. at the time of termination of employment from V. Marchese, Inc. and all beneficiaries who may have been covered under such health plan by or through a participant's employment with V. Marchese, Inc.

2. Class Representative Gordon Christoffersen shall receive $15,000.00 in consideration for his individual damages and as an incentive payment.

3. Class Counsel shall receive $75,000.00 as reasonable attorneys' fees and costs and expenses.

4. This settlement is fair, reasonable, and adequate.

Approved: _____
Hon. Nancy Joseph
United States Magistrate Judge

Dated: December 14, 2021

GAIL M. COLLETTI
Clerk of Court

 *s/Amanda Chasteen*
(By) Deputy Clerk